**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO CARRASCAL, RHONDA BURTON, and THAWEESAP UTTHO, <br><br> Plaintiffs, <br><br> v. <br><br> AVI-BEN ABRAHAM, JR., and TIKI BELKIN <br><br> Defendants. | No. 3:16-cv-3284 CRB <br> **JUDGMENT** |

On March 10, 2017, the Court dismissed this case with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiffs. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 10, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE